UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-80026-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**JOSE ESQUER**,

    Defendant.

_____/

**ORDER GRANTING STIPULATION FOR SUBSTITUTION OF COUNSEL**

**THIS CAUSE** comes before the Court on the submission of the Stipulation for Substitution of Counsel [ECF No.80]. Upon consideration, it is

**ORDERED AND ADJUDGED** that Jeffrey N. Robinson, Esquire of the law firm of Jeffrey N. Robinson, P.A. shall be substituted as counsel of record for the Defendant, and that Rodney Bryson II, is relieved of further responsibility or action in this cause.

**DONE AND ORDERED** at Fort Pierce, Florida this 14th day of June 2021.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:    Jeffrey N. Robinson, Esq.
       Rodney Bryson II, Esq.
       Marton Gyires, AUSA