UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   9:21-cr-80026-AMC

UNITED STATES OF AMERICA

v.

TYLER ROMAN,

          Defendant.
_____/

## UNITED STATES' MOTION FOR REDUCTION OF SENTENCE PURSUANT TO RULE 35

Pursuant to Rule 35 of the Federal Rules of Criminal Procedure, the United States of America hereby moves for a reduction in the sentence of defendant Tyler Roman ("ROMAN") in this case in order to reflect his substantial assistance to the government.

On February 18, 2021, a federal grand jury in the Southern District of Florida returned an Indictment charging ROMAN and others with drug trafficking charges.  (DE 44).  Specifically, ROMAN was charged with one count of conspiracy to possess with intent to distribute 400 grams or more of fentanyl and 100 grams or more of heroin.  *Id.*   On October 1, 2021, ROMAN pleaded guilty to the sole count in which he was charged pursuant to a written plea agreement. (DE 147, 148).  On March 31, 2022, ROMAN was sentenced to 130 months' imprisonment and 5 years' supervised release.

Federal Rule of Criminal Procedure 35(b)(2) permits the Court to reduce a sentence, pursuant to a motion by the government, made more than one year after sentencing, "if the defendant's substantial assistance involved: […] (B) information provided by the defendant to the

government within one year of sentencing, but which did not become useful to the government until more than one year after sentencing." *Fed. R. Crim. P. 35*(b)(2)(B).

ROMAN cooperated extensively with the government before and after his arrest in this case. ROMAN also cooperated after his arrest in a separate case in the Southern District of Florida in case number 9:22-cr-80022, *United States of America v. Daniel M. Carver*, et al., 9:22-cr-80022-AMC. The United States believes that ROMAN's cooperation to date constitutes substantial assistance. To that end, the United States requests the Court to reduce ROMAN's sentence to a final sentence of 50 months. This would be a reduction of approximately 60% from his original sentence.

ROMAN is currently incarcerated at FCI Bennettsville in South Carolina. According to the Bureau of Prisons website, ROMAN is scheduled to be released on April 27, 2031. The government respectfully requests a hearing on this matter. The United States would advise the Court of the details of ROMAN's substantial assistance at this hearing.

            Respectfully submitted,

            MARKENZY LAPOINTE
            UNITED STATES ATTORNEY

By: **/s/Marton Gyires**
     Marton Gyires
     Assistant United States Attorney
     Court ID No.: A5501696
     500 South Australian Avenue
     West Palm Beach, Florida 33401
     Telephone: (561) 820-8711
     Email: marton.gyires@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ **Marton Gyires**
Marton Gyires
Assistant United States Attorney