UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-80026-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**TYLER ROMAN,**

    Defendant.
_____/

### ORDER GRANTING MOTION FOR REDUCTION OF SENTENCE

**THIS MATTER** comes before the Court upon the Government's Motion to Reduce Sentence Pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure [ECF No. 249]. A hearing was held on April 2, 2024 [ECF No. 253]. Upon review of the Motion, and for the reasons stated in open court, it is

**ORDERED AND ADJUDGED** as follows:

1. The Government's Rule 35(b) Motion [ECF No. 249] is **GRANTED**.

2. All other provisions of the previously entered Judgment shall remain in full force and effect except as modified by this Order [ECF No. 233].

3. Amended Judgment to follow.

**DONE AND ORDERED** in Chambers in Fort Pierce, Florida, this 5th day of April 2024.

                                                                               AILEEN M. CANNON
                                                                          UNITED STATES DISTRICT JUDGE

cc:    counsel of record