UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 9:21-cr-80026-AMC

UNITED STATES OF AMERICA,

vs.

JOSE ESQUER,

      Defendant.

_____/

**UNOPPOSED MOTION TO CONTINUE RULE 35 HEARING**

      The government files this unopposed motion to continue the Rule 35 hearing currently set for Thursday, January 30, 2025.   In support of its request, the government states the following.

      The undersigned has been set for a trial in U.S. v. Francois, 9:23-cr-80184-MD, beginning Monday, January 27, 2025 in West Palm Beach, Florida.  The trial will probably last less than one full week, but it is unlikely that the trial will end in time for counsel to be available for the Thursday, January 30 Rule 35 hearing in this case.   As such, the government respectfully requests that the hearing be reset to another day.   Counsel for the defendant has indicated he does not oppose this motion.  Normally, the government could have another AUSA cover this hearing, but the undersigned has been assigned to this case for a long time and it would probably help the Court for the undersigned to be present at the hearing for any questions the Court may have.  However, if the Court prefers to keep the January 30 date, the government will make sure that the AUSA present for the hearing is fully briefed.

      The undersigned is also set for a hearing in Orlando, Florida on Monday, February 24, 2025 in case number 6:22-cr-00162-PGB-LHP, and the undersigned is the only available SAUSA appointed to the Middle District of Florida who can cover that hearing.   Counsel for defendant

has also stated that he might be out of the state on February 14, 2025, with a flight that would be scheduled for around 8:00 p.m. on February 13.  As such, is possible, the parties would respectfully request that the hearing not be set for February 14, February 24, or the afternoon of February 13.

        Respectfully submitted,
        MICHAEL S. DAVIS
        ACTING UNITED STATES ATTORNEY

By:  /s/ Marton Gyires
      MARTON GYIRES
      ASSISTANT UNITED STATES ATTORNEY
      A#5501696
      Email: marton.gyires@usdoj.gov
      United States Attorney's Office
      500 South Australian Avenue, 4thFloor
      West Palm Beach, FL 33401

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the undersigned electronically filed the foregoing document with the Clerk of the Court and all counsel using CM/ECF.

/s/ Marton Gyires
MARTON GYIRES
Assistant United States Attorney