UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-80026-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**JOSE ESQUER,**

    Defendant.

_____/

**ORDER GRANTING UNOPPOSED MOTION FOR REDUCTION OF SENTENCE**

**THIS MATTER** comes before the Court upon the United States' Motion to Reduce Sentence Pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure [ECF No. 260]. A Supplement in Support of the Motion was filed under seal [ECF No. 262]. The Court also held a hearing on the Motion on February 20, 2025. Upon review of the Motion and the full record, and being fully advised in the premises, it is **ORDERED AND ADJUDGED** as follows:

1. The United States' Rule 35(b) Motion [ECF No. 260] is **GRANTED** for the reasons stated in open court and explained by the United States' in its filings.

2. All other provisions of the previously entered Judgment shall remain in full force and effect except as modified by this Order [ECF No. 188].

3. Amended Judgment to follow.

**ORDERED** in Chambers in Fort Pierce, Florida, this 20th day of February 2025.

                                                          AILEEN M. CANNON
                                                          UNITED STATES DISTRICT JUDGE

cc:    counsel of record